# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      Plaintiff,

      -vs-                                     Case No. 14-CR-2

**DAVE R. ANGLIN,**

      Defendant.

## DECISION AND ORDER

Defendant Dave Anglin ("Anglin") filed a motion to suppress evidence before Magistrate Judge William E. Callahan. Judge Callahan recommended denial of Anglin's request. Objections to that recommendation were filed, and the government responded. The Court has now read the decision and the filings of the parties and rules as follows. Judge Callahan's recommendation is adopted *in toto*. Therefore, Anglin's motion to suppress evidence is denied.

**IT IS HEREBY ORDERED THAT:**

Anglin's motion to suppress (ECF No. 16) and his supplemental motion to suppress (ECF No. 24) are DENIED.

Dated at Milwaukee, Wisconsin, this 3rd day of September, 2014.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**